

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00422-CV

**IN THE INTEREST OF S.G., I.J.G., AND A.R.G.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2005EM503442
Honorable Eric J. Rodriguez, Judge Presiding

# O R D E R

On July 12, 2022, appellant filed a pro se notice of appeal. When the notice of appeal was filed, this court notified appellant in writing that his notice of appeal had been conditionally filed because the $205.00 filing fee had not been paid. We instructed appellant to pay the fee by July 25, 2022 and cautioned appellant if the fee was not paid, the appeal was subject to being stricken by this court. Appellant has not paid the fee. We therefore **order** appellant to show cause in writing **by September 1, 2022** stating either: (1) the filing fee has been paid; or (2) he is entitled to appeal without paying the $205.00 filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court